UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Donovan D. Dyrdal and
Anna M. Dyrdal, husband
and wife,

Plaintiffs,

vs. ORDER

Midwest Investment L.L.P,
a North Dakota limited
liability partnership,

Defendant. Civ. No. 01-410 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

To: Donovan D. Dyrdal and Anna M. Dyrdal, pro se,
R.R. 1, Thief River Falls, Minnesota 56701.

At Duluth, in the District of Minnesota, this 8th day of August, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

This matter was initiated on March 5, 2001 by the filing of a Complaint with the Clerk of Court. It appears that one hundred and twenty (120) days have passed and the Defendant has not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure.

(2)

FILED AUG 08 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREFORE, Pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, it is --

ORDERED:

That the Plaintiffs are directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE