UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Donovan D. Dyrdal and
Anna M. Dyrdal, husband
and wife,

Plaintiffs,

vs. ORDER

Midwest Investment L.L.P.,
a North Dakota limited
liability partnership,

Defendant. Civ. No. 01-410 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of September, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Plaintiffs' Motion to extend time for serving the Summons and Complaint. Good cause has been shown.

WHEREFORE, it is --

ORDERED:

1. That the Plaintiffs' Motion to Extend Time for Serving the Summons and Complaint [Docket No. 4] is GRANTED.

5

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. That the Plaintiffs shall be, and hereby are, granted an extension of time until **September 30, 2001,** in which to serve a Summons and Complaint upon the Defendant in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE