UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Donovan D. Dyrdal and
Anna M. Dyrdal, husband
and wife,

Plaintiffs,

vs. REPORT AND RECOMMENDATION

Midwest Investment L.L.P.,
a North Dakota limited
liability partnership,

Defendant. Civ. No. 01-410 (DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of November, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(B).

This matter was initiated on March 5, 2001, by the filing of a Complaint with the Clerk of Court. On August 8, 2001, it having appeared that one hundred and twenty (120) days had passed and the Defendant had not been served with the Complaint and Summons as required by Rule 4(m) of the Federal Rules of Civil Procedure, this Court issued an Order, which stated as follows:

(6)

FILED NOV 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> That the Plaintiffs are directed to show good cause, in writing, within twenty (20) days of the date of this Order, for an extension of time in which service can be effectuated. In the absence of good cause shown, the Court shall Recommend that this action be dismissed for failure to effect proper service upon the Defendant and for failure of prosecution.

The Plaintiffs advised the Court, on August 30, 2001, that they were attempting to negotiate a settlement of the case, and they requested an extension of time, until September 30, 2001, to serve the Summons and Complaint on the Defendant. Such an extension was granted on September 24, 2001. As of this date, however, the Court has not received from the Plaintiff any documentation which shows that service of the Summons and Complaint has been effected, and no appearance has been entered by the Defendant. As such, we find that the Plaintiff has failed to comply with our Orders dated August 8, and September 24, 2001, and therefore, we recommend that this action be dismissed, without prejudice, for failure to comply with this Court's Order, for failure to effect proper service, and for lack of prosecution.

NOW, THEREFORE, It is --

RECOMMENDED:

That this action be dismissed, without prejudice, for failure to comply with this Court's Orders dated August 8, and September

24, 2001, for failure to effect proper service on the Defendant, and for lack of prosecution.

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Pursuant to Rule 6(a), Federal Rules of Civil Procedure, D. Minn. LR1.1(f), and D. Minn. LR72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties **by no later than November 26, 2001,** a writing which specifically identifies those portions of the Report to which objections are made and the bases of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals.

If the consideration of the objections requires a review of a transcript of a Hearing, then the party making the objections shall timely order and file a complete transcript of that Hearing **by no later than November 26, 2001,** unless all interested parties stipulate that the District Court is not required by Title 28 U.S.C. §636 to review the transcript in order to resolve all of the objections made.