# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donovan D. Dyrdal and
Anan M. Dyrdal

Plaintiff

v.

Midwest Investment L.L.P.,

Defendants

Case No. Civil 01-410 DWF/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed, without prejudice, for failure to comply with this court's order dated August 8 and September 24, 2001, for failure to effect proper service on the defendant and for lack of prosecution.

DATE: November 30, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk